Certificate Number: 14912-OKW-DE-025540873

Bankruptcy Case Number: 13-13280


14912-OKW-DE-025540873

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 13, 2015, at 9:39 o'clock PM EDT, Donald Hunt completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Oklahoma.

Date:  May 13, 2015           By:   /s/Jai Bhatt

                              Name: Jai Bhatt

                              Title: Counselor