Certificate Number: 14912-OKW-DE-025540873

Bankruptcy Case Number: 13-13280


14912-OKW-DE-025540873

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 13, 2015</u>, at <u>9:39</u> o'clock <u>PM EDT</u>, <u>Donald Hunt</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Oklahoma</u>.

Date:  <u>May 13, 2015</u>           By:    <u>/s/Jai Bhatt</u>

                                   Name:  <u>Jai Bhatt</u>

                                   Title: <u>Counselor</u>